JOHN P. LANGEVELD, PLAINTIFF-RESPONDENT, v. L.R.Z.H.
CORPORATION, A CORPORATION OF THE STATE OF
NEW JERSEY, *ET AL.*, DEFENDANTS, AND JOSEPH A.
HIGGINS, SR., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued December 1, 1975—Decided December 12, 1975.

Before Judges CARTON, CRAHAY and HANDLER.

*Mr. Donald J. Rapson* argued the cause for appellant
(*Messrs. Lautman, Rapson & Henderson,* attorneys).

*Mr. Robert E. McGuire* argued the cause for respondent
(*Messrs. Randall, Randall & McGuire,* attorneys).

PER CURIAM. The judgment is affirmed essentially for
the reasons stated by Judge Gelman in the Chancery Division.
*Langeveld v. L. R. Z. H. Corporation,* 130 *N. J. Super.* 486
(Ch. Div. 1974).